THE STATE BANK, Respondent, *v.* HENRY WILCHINSKY et al., Defendants.

In the Matter of Proceedings to Compel HARRIS SHAPIRO, Appellant, to Complete His Purchase.

*State Bank* v. *Wilchinsky*, 134 App. Div. 948, affirmed.
(Argued January 4, 1910; decided January 18, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 15, 1909, which affirmed an order of Special Term directing the appellant herein to pay the damages resulting

from his refusal to complete his purchase of certain premises at a sale in foreclosure.

*Edward W. S. Johnston* for appellant.

*Benjamin N. Cardozo* and *Alfred Lyons* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.